Mario Martinez (SBN 200721)
Edgar I. Aguilasocho (SBN 285567)
LAW OFFICES OF MARCOS CAMACHO
1227 California Ave.
Bakersfield, CA 93304
Tel:   (661) 324-8100
Fax:   (661) 324-8103
Email: mariomtz@mclawmail.com

Weeun Wang (pro hac vice)
Nicholas Marritz (pro hac vice)
FARMWORKER JUSTICE
1126 16th Street, NW, Suite 270
Washington, DC 20036
Email: wwang@farmworkerjustice.org
Tel:   (202) 293-5420
Fax:   (202) 293-5427

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA RUIZ, FERNANDO DORANTES, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>DARIGOLD, INC./NORTHWEST DAIRY ASSOCIATION, a Washington corporation, and DOES 1 – 50<br><br>Defendants. | Case No. 3:14-cv-02054-WHO<br><br>**STIPULATION AND ORDER CONTINUING MOTIONS HEARING, CMC AND BRIEFING SCHEDULE**<br><br>Date:  August 6, 2014<br>Time:  2:00 p.m.<br>Courtroom:  2<br>Judge:  Honorable William H. Orrick |

## I.     STIPULATION

The parties stipulate to and request a continuance of the Motions Hearing and Case Management Conference currently scheduled for August 6, 2014, at 2:00 p.m. to August 20, 2014, at 2:00 p.m.

The parties further stipulate to extend the briefing schedule for all pending motions as follows: Plaintiffs' Responses to Defendants' Motion to Dismiss and Motion to Change Venue are continued from June 24, 2014 to July 9, 2014. Defendant's Reply Briefs are continued from July 1, 2014 to July 16, 2014.

SO STIPULATED:

**STOEL RIVES LLP**

By____/s/ Edward C. Duckers_____
   Edward C. Duckers, SBN 242113
   Melissa A. Jones, SBN 205576

Attorneys for Darigold, Inc., and Northwest Dairy Association

**FOSTER PEPPER PLLC**

By____/s/ John R. Nelson_____
   John R. Nelson (*Pro Hac Vice*)

Attorneys for Darigold, Inc., and Northwest Dairy Association

**LAW OFFICES OF MARCOS CAMACHO**

By____/s/ Mario Martinez_____
   Mario Martinez, SBN 200721
   Edgar Aguilasocho, SBN 285567

Attorneys for Plaintiffs Yesenia Ruiz, et al.

**FARMWORKER JUSTICE**

By ____/s/ Weeun Wang_____
   Weeun Wang (*Pro Hac Vice*)
   Nicholas Marritz (*Pro Hac Vice*)

Attorneys for Plaintiffs Yesenia Ruiz, et al.

## II. ORDER

Based on the foregoing stipulation, the Court hereby orders that the Motions Hearing and Case Management Conference currently scheduled for August 6, 2014, at 2:00 p.m., be continued to August 20, 2014, at 2:00 p.m. Plaintiffs' Responses to Defendants' Motion for Dismissal and Motion to Change Venue are due July 9, 2014. Defendant's Reply Briefs are due July 16, 2014.

DATED: June 18, 2014

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE